**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-01950-REB-MJW

INTER-MOUNTAIN CONSTRUCTION EQUIPMENT, INC., a Colorado corporation,

    Plaintiff,

v.

M&P TRANSPORTATION, INC., a South Dakota corporation,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

**Blackburn, J.**

On February 23, 2006, the parties filed a **Stipulation to Dismiss With Prejudice** [#23].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation to Dismiss With Prejudice** [#23], filed on February 23, 2006, is **APPROVED**;

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for April 13, 2007, is **VACATED**; and

4. That the jury trial set to commence April 30, 2007, is **VACATED**.

Dated February 23, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**